```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PAXFIRE, INC.,
                       Plaintiff,

      -against-                                     18 CIVIL 395 (LLS)

## JUDGMENT

KIM RICHMAN, MILBERG LLP, MILBERG
TADLER PHILLIPS GROSSMAN LLP, REESE
LLP, formerly known as REESE RICHMAN
LLP, THE RICHMAN LAW GROUP, and
BETSY FEIST,
                       Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 16, 2018, the motions to dismiss Paxfire's case are granted, and the amended complaint is dismissed with prejudice, with costs and disbursements to defendants according to law.

**Dated:** New York, New York
         August 20, 2018

                                                 RUBY J. KRAJICK
                                                   Clerk of Court

                          BY:         *Kmango*
                                                 Deputy Clerk